UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 6:24-cr- 207-JSS-LHP

ANGEL VELAZQUEZ DELGADO

### NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

U.S. v. Angel Velazquez Delgado, 6:24-mj-1807-RMN

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted on August 22, 2024.

/s/ Rachel S. Lyons
Rachel S. Lyons
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

U.S. v. ANGEL VELAZQUEZ DELGADO              CASE NO. 6:24-cr-

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I filed the foregoing with the Clerk of the Court. I also provided notice to retained counsel via email:

Asad Ali and Robert Mandell
Mandell Law, P.A.
189 S. Orange Ave., Ste. 810
Orlando, FL 32801
Tel.: (407) 956-1180
Cell: (305) 772-2183
www.FightForYou.org

/s/ *Rachel S. Lyons*
Rachel S. Lyons
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov