UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:24-cr-207-JSS-LHP

ANGEL VELAZQUEZ DELGADO

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: Rick Jancha, David Haas, Corey Cohen, and Brett Schwartz.

Dated:   August 29, 2024

                                                    Respectfully submitted,

                                                    ROGER B. HANDBERG
                                                    United States Attorney

By:   */s/Rachel S. Lyons*
       Rachel S. Lyons
       Assistant United States Attorney
       USA No. 215
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail: Rachel.Lyons@usdoj.gov

U.S. v. VELAZQUEZ DELGADO      CASE NO. 6:24-cr-207-JSS-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Asad Ali, Esq.
Robert Mandell, Esq.
Counsel for Defendant

/s/ Rachel S. Lyons
Rachel S. Lyons
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov