UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-207-JSS-LHP

ANGEL VELAZQUEZ DELGADO

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

United States v. Jesus Paulino, 6:24-cr-208-JSS-LHP

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   August 29, 2024

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

                          By:   */s/Rachel S. Lyons*
                                Rachel S. Lyons
                                Assistant United States Attorney
                                USA No. 215
                                400 W. Washington Street, Suite 3100
                                Orlando, Florida 32801
                                Telephone:   (407) 648-7500
                                Facsimile:   (407) 648-7643
                                E-mail: Rachel.Lyons@usdoj.gov

U.S. v. VELAZQUEZ DELGADO    CASE NO. 6:24-cr-207-JSS-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Asad Ali, Esq.
Robert Mandell, Esq.
Counsel for Defendant

    */s/ Rachel S. Lyons*
    Rachel S. Lyons
    Assistant United States Attorney
    USA No. 215
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail: Rachel.Lyons@usdoj.gov